**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01104-CV

---

### RANDY L. WINEINGER, IN HIS CAPACITY AS
### HUNT COUNTY TAX ASSESSOR-COLLECTOR, Appellant

### V.

### Z BAR A RANCH, LP AND JAMES ALLEN WALKER, Appellees

---

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 80,762**

---

## ORDER

We **GRANT** appellee Z Bar A Ranch, LP's November 3, 2015 unopposed motion for an

extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellee on

November 2, 2015 filed as of the date of this order.


        /s/     ELIZABETH LANG-MIERS
               JUSTICE